**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DARRELL TRAVIS,

       Petitioner,

v.                                 CASE NO.  4:09cv327-RH/WCS

KENNETH S. TUCKER,

       Respondent.

_____/

**ORDER DENYING THE PETITION AND
<u>DENYING A CERTIFICATE OF APPEALABILITY</u>**

       This petition for a writ of habeas corpus under 28 U.S.C. § 2254 is before

the court on the magistrate judge's report and recommendation, ECF No. 20, and

the objections, ECF No. 23.  The objections include nothing of substance but

instead incorporate by reference papers that were filed before entry of the report

and recommendation.  The objections and thus are insufficient to preserve any

issues.  But this makes no difference; I would reach the same result on *de novo*

review.   The report and recommendation is correct and is adopted as the court's

opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  *See Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting out the standards applicable to a § 2254 petition on the merits).  As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were " 'adequate to deserve encouragement to proceed further.' "

*Slack*, 529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Id.* at 484.

The petitioner has not made the required showing.

For these reasons,

IT IS ORDERED:

    1.  The report and recommendation is ACCEPTED.

    2.  The clerk must enter judgment stating, "The petition is DENIED with prejudice."

    3.  A certificate of appealability is DENIED.

    4.  The clerk must close the file.

SO ORDERED on February 19, 2012.

s/Robert L. Hinkle          
United States District Judge
